# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 23, 2018

## NO. 03-17-00517-CV

**James Andy Fry, Appellant**

**v.**

**Michael John Lucksinger and J. Allan Garrett, Appellees**

## APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the orders dismissing appellant's claims signed by the trial court on January 30, and January 31, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the trial court's orders dismissing appellant's claims. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.